# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    James E. Brewer, Jr.,

                Debtor.

Case No. 26-13134-AMC

Chapter 13

## Certificate of Service

I, Michael A. Cibik, certify that on July 28, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: July 28, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

## Method of Service: First Class Mail

American Heritage Federal
Credit Union
Attn: Bankruptcy
2060 Red Lion Rd
Philadelphia, PA 19115-1603

BMW Financial Services
Attn: Bankruptcy/Correspondence
PO Box 3608
Dublin, OH 43016-0306

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Center City Emergency
Dentist
1429 Walnut St 6th Floor
Philadelphia, PA 19102-3207

Cornerstone
PO Box 82561
Lincoln, NE 68501

Franklin Mint Federal Credit
Union
c/o Corinne S. Brennan, Esquire
Klehr Harrison Harvey Branzburg LLP
1835 Market Street, Suite 1400
Philadelphia, PA 19103

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Mariner Finance
Attn: Bankruptcy
8211 Town Center Dr
Nottingham, MD 21236-5904

PA Turnpike Commission
Attn: Toll Enforcement
300 East Park Drive
Harrisburg, PA 17111

Pennsylvania Dept. of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Spring Oaks Capital, Llc
Attn: Bankruptcy
P.O. Box 1216
Chesapeake, VA 23327-1216

Sunbit, Inc
Attn: Bankruptcy
10940 Wilshire Blvd
Los Angeles, CA 90024

Trumark Financial Credit
Union
Attn: Bankruptcy
335 Commerce Dr
Ft Washington, PA 19034-2701