Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

James E. Brewer, Jr
7502 Walnut Ln
Philadelphia, PA 19138-2219

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 26-13134-AMC**

Petition Filed Date: 07/27/2026
341 Hearing Date: 08/28/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

*****There were no receipts posted to this case for the time period selected*****

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | FRANKLIN MINT FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $14,347.02 | $0.00 | $0.00 |
| 2 | TRUMARK CREDIT UNION<br>»» 002 | Unsecured Creditors | $6,812.24 | $0.00 | $0.00 |
| 3 | BMW FINANCIAL SERVICES NA<br>»» 003 | Unsecured Creditors | $3,999.31 | $0.00 | $0.00 |
| 4 | TRIBOROUGH BRIDGE AND TUNNEL AUTHORITY<br>»» 004 | Unsecured Creditors | $440.68 | $0.00 | $0.00 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Crediors | $8,972.05 | $0.00 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $7,833.85 | $0.00 | $0.00 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 006 | Unsecured Creditors | $81,372.43 | $0.00 | $0.00 |

**Chapter 13 Case No. 26-13134-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $430.00 |
| Paid to Claims: | $0.00 | Arrearages: | $430.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $15,480.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.