UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>James E. Brewer, Jr<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-13134-AMC |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss Pursuant to 11 U.S.C. Section 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 21st day of September, 2026 by first class mail upon those listed below:

James E. Brewer, Jr
7502 Walnut Ln
Philadelphia, PA 19138-2219

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

Office of the United States Trustee

*/s/ Kristen Gliem*
Kristen Gliem
for
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee