United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 26-13134-amc

James E. Brewer, Jr Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3

Date Rcvd: Oct 29, 2026 Form ID: pdf900 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | James E. Brewer, Jr, 7502 Walnut Ln, Philadelphia, PA 19138-2219 |
| 15168314 | | Center City Emergency Dentist, 1429 Walnut St 6th Floor, Philadelphia, PA 19102-3207 |
| 15168316 | + | Franklin Mint Federal Credit Union, c/o Corinne S. Brennan, Esquire, Klehr Harrison Harvey Branzburg LLP, 1835 Market Street, Suite 1400, Philadelphia, PA 19103-2945 |
| 15172292 | + | Franklin Mint Federal Credit Union, c/o Gregory J. Allard, Esquire, 1440 Conchester Highway, Suite 12, Garnet Valley, PA 19060-2124 |
| 15172291 | + | Gregory J. Allard, Esquire, Watson & Allard, PC, 1440 Conchester Highway, Suite 12, Garnet Valley, PA 19060-2124 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 29 2026 18:01:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2026 18:01:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 17:56:03 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 17:56:19 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15169296 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 17:56:03 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15169753 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 17:56:19 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15168311 | + | Email/Text: bankruptcy@amhfcu.org | Oct 29 2026 18:01:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 15170411 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 17:56:03 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15170920 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 17:56:23 | BMW Bank of North America Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15173179 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 29 2026 17:56:38 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15168312 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 29 2026 17:56:19 | BMW Financial Services, Attn: |

| | | | | |
|---|---|---|---|---|
| | | | | Bankruptcy/Correspondence, PO Box 3608, Dublin, OH 43016-0306 |
| 15168313 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2026 17:56:01 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15168315 | ^ | MEBN | Oct 29 2026 17:50:13 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15168317 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 29 2026 18:01:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15189514 | + | Email/Text: bankruptcy@marinerfinance.com | Oct 29 2026 18:01:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |
| 15168318 | | Email/Text: bankruptcy@marinerfinance.com | Oct 29 2026 18:01:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 15168319 | ^ | MEBN | Oct 29 2026 17:50:13 | PA Turnpike Commission, Attn: Toll Enforcement, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15168320 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 29 2026 18:01:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15168321 | | Email/Text: bankruptcy@springoakscapital.com | Oct 29 2026 18:01:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327-1216 |
| 15168322 | | Email/Text: bankruptcy@sunbit.com | Oct 29 2026 18:01:00 | Sunbit, Inc, Attn: Bankruptcy, 10940 Wilshire Blvd, Los Angeles, CA 90024 |
| 15173531 | | Email/Text: bankruptcy@mtabt.org | Oct 29 2026 18:01:00 | Triborough Bridge and Tunnel Authority, 2 Broadway Floor 24, New York, NY 10004 |
| 15173082 | + | Email/Text: dbogucki@trumark.org | Oct 29 2026 18:02:00 | Trumark Credit Union, 335 Commerce Drive, Fort Washington, PA 19034-2701 |
| 15168323 | | Email/Text: dbogucki@trumark.org | Oct 29 2026 18:02:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 15174723 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 29 2026 18:01:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1911 |
| 15190171 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 29 2026 17:56:04 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MICHAEL A. CIBIK | on behalf of Debtor James E. Brewer Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>James E. Brewer, Jr<br><br>Debtor | Chapter 13<br><br>Bankruptcy No. 26-13134-AMC |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.



**Date: October 15, 2026**

ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE